# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

ESTEBAN PALACIOS-ROSAS
a/k/a Estevan Palacios-Rosas,
a/k/a Esteban Palacios,
a/k/a Gabrial Giegos,
a/k/a Indio Palacios,
a/k/a Estevan Palacios,
a/k/a Indio Palicios,
a/k/a Esteban Indio

E-filing

CR 08 0061 WHA

DEFENDANT.

---

# INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

INDICT

A true bill.

_____
Foreman

Filed in open court this __7 th__ day of
__February 2008__

**Brenda Tolbert**
Clerk

**Maria Elena James**
**United States Magistrate Judge**

Bail, $ _____

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

---- DEFENDANT - U.S. ----

▶ ESTEBAN PALACIOS-ROSAS

DISTRICT COURT NUMBER

CR 08 0061 WHA

(stamp: FILED 08 FEB -7 PM 1:3_, RICHARD W. _, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

E-filing

PENALTY:
Maximum Prison Term of 10 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

---- DEFENDANT ----

IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70042-EDL

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ 1/23/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  TAREK J. HELOU

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                                E-filing
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,      )   No. CR 08      0061
                                    )
13 |        Plaintiff,               )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                    )   Reentry Following Deportation
14 |   v.                            )
                                    )
15 | ESTEBAN PALACIOS-ROSAS          )   SAN FRANCISCO VENUE
     a/k/a Estevan Palacios-Rosas,  )
16   a/k/a Esteban Palacios,        )
     a/k/a Gabrial Giegos,          )
17   a/k/a Indio Palacios,          )
     a/k/a Estevan Palacios,        )
18   a/k/a Indio Palicios,          )
     a/k/a Esteban Indio,           )
19                                  )
            Defendant.               )
20                                  )
                                    )
21 |_____)

22                             INDICTMENT

23 | The Grand Jury charges:

24      On or about April 25, 1996 and September 3, 1996, the defendant,

25                        ESTEBAN PALACIOS-ROSAS
                          a/k/a Estevan Palacios-Rosas
26                            a/k/a Esteban Palacios
                              a/k/a Gabrial Giegos
27                            a/k/a Indio Palacios
                             a/k/a Estevan Palacios
28                            a/k/a Indio Palicios
                              a/k/a Esteban Indio

INDICTMENT                            1

1  an alien, was excluded, deported and removed from the United States, and thereafter, on or about
2  January 23, 2008, was found in the Northern District of California, the Attorney General of the
3  United States and the Secretary for Homeland Security not having expressly consented to a re-
4  application by the defendant for admission into the United States, in violation of Title 8, United
5  States Code, Section 1326.
6
7  DATED:                                         A TRUE BILL.
8      2-7-08
9                                                 *(signature)*
10 JOSEPH P. RUSSONIELLO                           FOREPERSON
   United States Attorney
11
12 *(signature)*
13 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
14
15 (Approved as to form: *(signature)* )
                            AUSA HELOU
16

INDICTMENT                            2