JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7071
    Facsimile:  (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>    v.  )<br>ESTEBAN PALACIOS-ROSAS  )<br>   a/k/a Estevan Palacios-Rosas,  )<br>   a/k/a Esteban Palacios,  )<br>   a/k/a Gabrial Giegos,  )<br>   a/k/a Indio Palacios,  )<br>   a/k/a Estevan Palacios,  )<br>   a/k/a Indio Palicios,  )<br>   a/k/a Esteban Indio,  )<br>    Defendant.  )<br>_____ ) | No. CR 8-061 WHA<br><br>**NOTICE OF DISMISSAL**<br><br>(San Francisco Venue) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

/ /

/ /

/ /

/ /

/ /

NOTICE OF DISMISSAL (CR 8-061 WHA )

1  United States Attorney for the Northern District of California dismisses the above indictment
2  without prejudice.
3  DATED: February 13, 2008                    Respectfully submitted,
4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5
6
7                                              /S/ Brian J. Stretch
                                               BRIAN J. STRETCH
                                               Chief, Criminal Division
8
9
10     Leave is granted to the government to dismiss the indictment.
11
12
13  Date: _____                      HON. WILLIAM H. ALSUP
                                               United States District Judge

NOTICE OF DISMISSAL (CR 8-061 WHA )

2