JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7071
Facsimile:  (415) 436-7234
Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 8-061 WHA |
|     Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
|     v. | ) | |
| | ) | |
| ESTEBAN PALACIOS-ROSAS | ) | |
|     a/k/a Estevan Palacios-Rosas, | ) | (San Francisco Venue) |
|     a/k/a Esteban Palacios, | ) | |
|     a/k/a Gabrial Giegos, | ) | |
|     a/k/a Indio Palacios, | ) | |
|     a/k/a Estevan Palacios, | ) | |
|     a/k/a Indio Palicios, | ) | |
|     a/k/a Esteban Indio, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

/ /

/ /

/ /

/ /

/ /

NOTICE OF DISMISSAL (CR 8-061 WHA )

United States Attorney for the Northern District of California dismisses the above indictment

without prejudice.

DATED: February 13, 2008                       Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


/S/ Brian J. Stretch
BRIAN J. STRETCH
Chief, Criminal Division


Leave is granted to the government to dismiss the indictment.


Date: ___February 14, 2008___



HON. WILLIAM ALSUP
United States District Judge

NOTICE OF DISMISSAL (CR 8-061 WHA )

2